# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANDERSON, BARBARA JEAN | § | Case No. 11-07735 |
| ANDERSON, JOHN DONALD | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/14/2012 in Courtroom 4016,

DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/06/2012          By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
ANDERSON, BARBARA JEAN  §   Case No. 11-07735
ANDERSON, JOHN DONALD   §
        §
        Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,797.91 |
| and approved disbursements of | $ | 1,049.38 |
| leaving a balance on hand of[1] | $ | 5,748.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,331.67 | $ 0.00 | $ 1,331.67 |
| Other: Intrenational Sureties Ltd. | $ 8.95 | $ 8.95 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,331.67 |
| Remaining Balance | $ 4,416.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 129,438.80  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | EduCap Inc. | $ 9,873.14 | $ 0.00 | $ 336.90 |
| 2 | Capital One Bank | $ 8,517.51 | $ 0.00 | $ 290.65 |
| 3 | Capital One Bank | $ 5,280.00 | $ 0.00 | $ 180.17 |
| 4 | Capital One Bank | $ 1,902.24 | $ 0.00 | $ 64.91 |
| 5 | Chase Bank USA | $ 11,741.24 | $ 0.00 | $ 400.65 |
| 6 | US Dept of Education | $ 46,058.23 | $ 0.00 | $ 1,571.65 |
| 7 | World Financial Network National Bank | $ 29.40 | $ 0.00 | $ 1.00 |
| 8 | PNC Bank | $ 7,403.85 | $ 0.00 | $ 252.64 |
| 9 | FIA Card Services N/A Bank | $ 16,741.48 | $ 0.00 | $ 571.28 |
| 10 | FIA Card Serfices NA/Bank of | $ 17,634.09 | $ 0.00 | $ 601.73 |
| 11 | FIA Card Services NA/Bank of American | $ 4,257.62 | $ 0.00 | $ 145.28 |

Total to be paid to timely general unsecured creditors    $   4,416.86

Remaining Balance    $   0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/Brenda Porter Helms
                     Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-07735-DRC
Barbara Jean Anderson                                           Chapter 7
John Donald Anderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons           Page 1 of 3           Date Rcvd: Aug 07, 2012
                              Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2012.
```
db/jdb     +Barbara Jean Anderson,   John Donald Anderson,   1525 Shelley Court,   Darien, IL 60561-3723
16874806    ARI's Holiday Network,   Two Trans Am Plaza,   #300,   Oak Brook, IL 60181
16874809   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One, N.a.,   Bankruptcy Dept,   Po Box 5155,
              Norcross, GA 30091)
17198097    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16874810   +Chase Na,   Po Box 15298,   Wilmington, DE 19850-5298
16874811   +Chase- Bp,   P.o. Box 15298,   Wilmington, DE 19850-5298
16874813   +Exxmblciti,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
16874814   +GMAC Mortgage,   Customer Care,   Post Office Box 4622,   Waterloo, IA 50704-4622
16874816   +HSBC Mortgage Payment Department,   1352 Charwood,   Hanover, MD 21076-3125
16874815   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
16874817   +Lillig & Thorsness,   1900 Spring Street,   Suite 200,   Oak Brook, IL 60523-1495
16874820   +Ncb Ne Er,   1 Cascade Plaza,   Akron, OH 44308-1136
17390383   +PNC BANK,   PO BOX 94982,   CLEVELAND,OH 44101-4982
16874821   +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,   Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16874805   +E-mail/Text: ally@ebn.phinsolutions.com Aug 08 2012 02:12:01    Ally,   200 Renaissance Center,
             Detroit, MI 48243-1300
17195030    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2012 03:14:46    Capital One Bank (USA), N.A.,
             by American InfoSource LP as agent,   PO Box 248839,   Oklahoma City, OK  73124-8839
16874812   +E-mail/Text: collector@dupageco.org Aug 08 2012 02:49:41    Dupage County Collector,
             421 County Farm Road,   Wheaton, IL 60187-3992
17170854   +E-mail/Text: zshepherd@loantolearn.com Aug 08 2012 03:03:41    EduCap Inc.,
             21680 Ridgetop Circle,   Sterling, VA 20166-6590
17471407    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2012 02:34:45
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
16874818   +E-mail/Text: zshepherd@loantolearn.com Aug 08 2012 03:03:41    Loan To Learn,
             21680 Ridgetop Cir,   Sterling, VA 20166-6590
17320549    E-mail/Text: bnc-alliance@quantum3group.com Aug 08 2012 03:04:02
             World Financial Network National Bank,   Quantum3 Group LLC,   PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16874822     Wfnnb/king Sizes
16874807   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16874808   ##+Bk Of Amer,   Po Box 17054,   Wilmington, DE 19850-7054
16874819   ##+Megan Anderson,   227 North Brainard,   Apt 4,   Naperville, IL 60540-4672
                                                                                   TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: csimmons              Page 2 of 3              Date Rcvd: Aug 07, 2012
                              Form ID: pdf006             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2012**              **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons              Page 3 of 3          Date Rcvd: Aug 07, 2012
                              Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2012 at the address(es) listed below:

          Brenda Porter Helms    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard L Hirsh    on behalf of Debtor Barbara Anderson richala@sbcglobal.net

                                                                               TOTAL: 3