UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ANDERSON, BARBARA JEAN § Case No. 11-07735
ANDERSON, JOHN DONALD §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter      on                    . The case was pending for      months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Barbara and John Anderson |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally |  |  |  |  |  |
|  | Ari's Holiday Network |  |  |  |  |  |
|  | DuPage County Collector |  |  |  |  |  |
|  | GMAC Mortgage |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Mortgage Payment Dept. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |
| | Chase BP | | | | | |
| | Exxmblciti | | | | | |
| | Hsbc Bank | | | | | |
| | Lillig & Thorsness | | | | | |
| | Loan to Learn | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCB Ne Er | | | | | |
| 2 | CAPITAL ONE BANK | | | | | |
| 3 | CAPITAL ONE BANK | | | | | |
| 4 | CAPITAL ONE BANK | | | | | |
| 5 | CHASE BANK USA | | | | | |
| 1 | EDUCAP INC. | | | | | |
| 10 | FIA CARD SERFICES NA/BANK OF | | | | | |
| 9 | FIA CARD SERVICES N/A BANK | | | | | |
| 11 | FIA CARD SERVICES NA/BANK OF AMERIC | | | | | |
| 8 | PNC BANK | | | | | |
| 6 | US DEPT OF EDUCATION | | | | | |
| 7 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-07735 SQU Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ANDERSON, BARBARA JEAN | Date Filed (f) or Converted (c): | 02/26/11 (f) |
| | ANDERSON, JOHN DONALD | 341(a) Meeting Date: | 03/23/11 |
| For Period Ending: | 07/10/12 | Claims Bar Date: | 06/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUNDS | 6,800.00 | 0.00 | | 6,797.00 | FA |
| 2. REAL PROPERTY | 297,500.00 | 0.00 | DA | 0.00 | FA |
| 3. REAL PROPERTY | Unknown | 0.00 | DA | 0.00 | FA |
| 4. CEMETERY PLOTS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 5. CASH ON HAND | 290.00 | 0.00 | DA | 0.00 | FA |
| 6. BANK ACCOUNTS JPMORGAN CAHSE CHECKING ACCOUNT | 265.04 | 0.00 | DA | 0.00 | FA |
| 7. BANK ACCOUNTS | 27.82 | 0.00 | DA | 0.00 | FA |
| 8. BANK ACCOUNTS | 103.74 | 0.00 | DA | 0.00 | FA |
| 9. BANK ACCOUNTS | 1,766.00 | 0.00 | DA | 0.00 | FA |
| 10. BANK ACCOUNTS | 3,175.00 | 0.00 | DA | 0.00 | FA |
| 11. BANK ACCOUNTS | 101.69 | 0.00 | DA | 0.00 | FA |
| 12. BANK ACCOUNTS | 120.00 | 0.00 | DA | 0.00 | FA |
| 13. BANK ACCOUNTS | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. PATENTS, COPYRIGHTS | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. AUTOMOBILES AND OTHER VEHICLES | 4,950.00 | 0.00 | DA | 0.00 | FA |
| 16. AUTOMOBILES AND OTHER VEHICLES | 4,237.50 | 0.00 | DA | 0.00 | FA |
| 17. OFFICE EQUIPMENT, FURNISHINGS, AND | 50.00 | 0.00 | DA | 0.00 | FA |
| 18. MACHINERY, FIXTURES, AND BUSINESS E | 100.00 | 0.00 | DA | 0.00 | FA |
| 19. OTHER PERSONAL PROPERTY | 735.00 | 0.00 | DA | 0.00 | FA |
| 20. WEARING APPAREL AND JEWELRY | 1,585.38 | 0.00 | DA | 0.00 | FA |
| 21. BOOKS AND ART OBJECTS | 396.00 | 0.00 | DA | 0.00 | FA |
| 22. HOUSEHOLD GOODS AND FURNISHINGS | 5,158.00 | 0.00 | DA | 0.00 | FA |
| 23. FIREARMS AND HOBBY EQUIPMENT | 300.00 | 0.00 | DA | 0.00 | FA |
| 24. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.86 | Unknown |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-07735 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ANDERSON, BARBARA JEAN | | | Date Filed (f) or Converted (c): | 02/26/11 (f) |
| | ANDERSON, JOHN DONALD | | | 341(a) Meeting Date: | 03/23/11 |
| | | | | Claims Bar Date: | 06/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $332,661.17 | $0.00 | | $6,797.86 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/11        Current Projected Date of Final Report (TFR): 05/30/12

/s/     BRENDA PORTER HELMS, TRUSTEE
_____ Date: 07/10/12
BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-07735 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ANDERSON, BARBARA JEAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | ANDERSON, JOHN DONALD | | Account Number / CD #: | *******5822 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5241 | | | |
| For Period Ending: | 07/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/11 | 1 | United States Treasury | | 1124-000 | 6,639.00 | | 6,639.00 |
| 03/30/11 | 1 | State of Illinois | | 1124-000 | 158.00 | | 6,797.00 |
| 04/29/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,797.05 |
| 05/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,797.11 |
| 06/30/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,797.17 |
| 07/29/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,797.22 |
| 08/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,797.28 |
| 09/30/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,797.34 |
| 10/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,797.40 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.66 | 6,788.74 |
| 11/30/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,788.80 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.37 | 6,780.43 |
| 12/30/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,780.49 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.36 | 6,772.13 |
| 01/31/12 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,772.19 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.88 | 6,763.31 |
| 02/29/12 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,763.36 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 8.95 | 6,754.41 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.04 | 6,746.37 |
| 03/30/12 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,746.43 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.30 | 6,738.13 |
| 04/30/12 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,738.19 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.56 | 6,729.63 |
| 05/23/12 | 000102 | Barbara and John Anderson | exemption | 8100-000 | | 981.26 | 5,748.37 |
| 05/31/12 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 5,748.43 |
| 06/29/12 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,748.48 |

Page Subtotals  6,797.86  1,049.38

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-07735 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ANDERSON, BARBARA JEAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | ANDERSON, JOHN DONALD | | Account Number / CD #: | *******5822  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5241 | | | |
| For Period Ending: | 07/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | COLUMN TOTALS | 6,797.86 | 1,049.38 | 5,748.48 |
|  |  | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 6,797.86 | 1,049.38 |  |
|  |  | Less:  Payments to Debtors |  | 981.26 |  |
|  |  | Net | 6,797.86 | 68.12 |  |
|  |  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  |  | TOTAL - ALL ACCOUNTS |  |  |  |
|  |  | Money Market - Interest Bearing - *******5822 | 6,797.86 | 68.12 | 5,748.48 |
|  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  |  | 6,797.86 | 68.12 | 5,748.48 |
|  |  |  | ============ | ============ | ============ |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                       /s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____  Date: 07/10/12
                       BRENDA PORTER HELMS, TRUSTEE

Page Subtotals          0.00          0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*